UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEROMY OELKER, | Case No.: 2:23-cv-01696-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| STEVEN J. ZUCHOWSKI, | |
| Defendant | |

This case was filed under seal even though there was no properly supported motion to seal the case. I therefore order the clerk of court to unseal the case. However, plaintiff Jeromy Oelker attached exhibits to his complaint that contain mental health evaluations that, at least at this early stage of the litigation, should be sealed to protect his personal health information.

I THEREFORE ORDER the clerk of court to unseal this case.

I FURTHER ORDER the clerk of court to unseal ECF Nos. 1, 1-1, 1-2, 1-4, and 2. ECF No. 1-3 shall remain sealed.

DATED this 24th day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE