UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEROMY OELKER,<br><br>    Plaintiff<br><br>v.<br><br>STEVEN J. ZUCHOWSKI,<br><br>    Defendant | Case No.: 2:23-cv-01696-APG-DJA<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 10] |

Magistrate Judge Albregts granted plaintiff Jeremy Oelker's application for *in forma pauperis* status. ECF No. 10. He also recommended:

-dismissal without leave to amend of Oelker's claim for medical malpractice

-allowing Oelker's claim for assault and battery to proceed against Lakes Crossing

-allowing Oelker's claim for intentional infliction of emotional distress to proceed against Dr. Zuchowski and Lakes Crossing

-dismissal of Oelker's other claims, with leave to amend.

*Id*. Oelker objects to Judge Albregts' order that *in forma pauperis* status will not extend to the issuance and service of subpoenas at the government's expense. ECF No. 12. He also objects to Judge Albregts' recommendation of dismissal of his claims. *Id*.

I have conducted a de novo review of the issues set forth in Judge Albregts' Order and Report and Recommendation under Local Rule IB 3-2. Oelker's objections do not rebut Judge Albregts' findings or conclusions, or offer sufficient reasons why I should not accept his order and recommendation. Judge Albregts has set forth the proper legal analyses and factual bases for the decisions, and I accept and adopt the Order and Report and Recommendation as my own.

I THEREFORE ORDER that the Report and Recommendation (ECF No. 10) is accepted, and Oelker's complaint is dismissed without prejudice. Oelker may file an amended complaint, addressing the defects pointed out in Judge Albregts' order, by August 20, 2024.

DATED this 18th day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE