# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jeromy Oelker,<br><br>                   Plaintiff,<br><br>    v.<br><br>State of Nevada; Lake Crossing Center; Director Drew Cross; and Dr. Steven J. Zuchowski,<br><br>                   Defendants. | Case No. 2:23-cv-01696-APG-DJA<br><br>**Order** |

       Before the Court is pro se Plaintiff Jeromy Oelker's motion for an extension of time to file his amended complaint. (ECF No. 22). Plaintiff argues that he needs additional time because "the Nevada District Clerk's Office refuses to either mail me or email me the Order and Recommendation by Magistrate Albregts (Document 21)." (*Id.* at 1). Plaintiff thus requests an extension of time and "DEMAND[s] [his] FREE COPY OF MAGISTRATE ALBREGTS Order [sic]…" (*Id.* at 5). Plaintiff also raises arguments regarding the merits of his case.

       The Court takes this opportunity to inform Plaintiff that the statute allowing parties to proceed *in forma pauperis* does not include the right to obtain court documents without payment. *See* 28 U.S.C. § 1915. And granting an *in forma pauperis* application does not relieve the applicant of the responsibility to pay the expenses of litigation not covered by 28 U.S.C. § 1915. Nevada Local Special Rule 1-6. The Court ordinarily cannot provide free copies even to indigent plaintiffs proceeding *in forma pauperis*. *See Jackson v. Philson*, No. 3:20-cv-00009-GMN-CLB, 2020 WL 9888358, at \*1 (D. Nev. Sept. 28, 2020). Because Plaintiff appears to have been under the impression that he would receive free copies of documents, the Court finds that he has shown good cause to extend the deadline to file an amended complaint. *See* Fed. R. Civ. P. 6(b). However, the Court denies Plaintiff's demand for free copies.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 22) is **granted in part and denied in part.** It is granted in part only regarding Plaintiff's request for an extension of time to file his amended complaint. It is denied in all other respects.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **November 21, 2024** to file an amended complaint.

DATED: October 22, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE