# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEROMY OELKER,

    Plaintiff

v.

STEVEN J. ZUCHOWSKI,

    Defendant

Case No.: 2:23-cv-01696-APG-DJA

**Order Accepting Report and Recommendation**

[ECF No. 27]

    Magistrate Judge Albregts recommended that I dismiss this case because plaintiff Jeremy Oelker did not file a second amended complaint by the extended deadline. ECF No. 27. Oelker objects to Judge Albregts's recommendation but offers no reason or excuse for missing the extended deadline. ECF No. 28. Rather, he continues to argue the merits of his case.

    I have conducted a de novo review of the issues set forth in Judge Albregts's Report and Recommendation under Local Rule IB 3-2. Judge Albregts has set forth the proper legal analyses and factual bases for the recommendation. Oelker's objection does not rebut Judge Albregts's findings or conclusions, or offer a reason why I should not accept the recommendation.

    I THEREFORE ORDER that the Report and Recommendation **(ECF No. 27) is accepted,** and this case is dismissed without prejudice.

    DATED this 23rd day of January, 2025.

                                     ANDREW P. GORDON
                                     CHIEF UNITED STATES DISTRICT JUDGE